UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Devin Rashod Johnston**           Docket No. 5:21-CR-320-1BO

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Devin Rashod Johnston, who, upon an earlier plea of guilty to Possession of Ammunition by a Felon, 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 1, 2022, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Devin Rashod Johnston was released from custody on October 25, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 21, 2023, the defendant submitted a positive urinalysis for marijuana. When confronted, he admitted to using and signed an admission of use form. The defendant was reprimanded for his drug use and cognitive interventions were utilized. It is recommended that his supervision be modified to include a drug and alcohol treatment condition to address his substance use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: January 9, 2024

Devin Rashod Johnston
Docket No. 5:21-CR-320-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____10____ day of ___January___, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge